FILED
JUL 22 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY EF DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>GUILLERMO ALFONSO VILLA-SANTOS,<br>Defendant. | Criminal Case No. 08CR 2311-W<br><u>INFORMATION</u><br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |

The United States Attorney charges:

On or about June 20, 2008, within the Southern District of California, defendant GUILLERMO ALFONSO VILLA-SANTOS, did knowingly and intentionally import 50 kilograms or more, to wit: approximately 51.58 kilograms (113.47 pounds) of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: July 22, 2008 .

KAREN P. HEWITT
United States Attorney

John F. Weis for

CALEB E. MASON
Assistant U.S. Attorney

CEM:es:Imperial
7/21/08