FILED
AUG 19 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY EF DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. GUILLERMO ALFONSO VILLA-SANTOS, Defendant. | Criminal Case No. 08CR2311-W<br>Superseding<br>I N F O R M A T I O N<br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |

The United States Attorney charges:

On or about June 20, 2008, within the Southern District of California, defendant GUILLERMO ALFONSO VILLA-SANTOS, did knowingly and intentionally import 50 kilograms or more, to wit: approximately 46.43 kilograms (102.14 pounds) of Marijuana (net weight), a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: August 19, 2008 .

KAREN P. HEWITT
United States Attorney

SABRINA L. FEVE
Assistant U.S. Attorney

SLF:es:Imperial
8/18/08